IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| STEVEN HAROLD CLANTON, | ) | |
| | ) | |
| Petitioner, | ) | Civil No. 04-1128-ST |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| BRIAN BELLEQUE, | ) | |
| | ) | |
| Respondent. | ) | |

Francesca Freccero
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, OR 97204

    Attorney for Petitioner

Hardy Meyers
Attorney General
Douglas Y.S. Park
Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97310

    Attorneys for Respondent

JONES, Judge:

Magistrate Judge Stewart filed her Findings and Recommendation (#38) in the above-entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(A) and Fed. R. Civ. P. 72(a). No objections have been timely filed. This relieves me of my obligation to give the factual findings *de novo* review. <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), *overruled on other grounds*, <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121-22 (9th Cir. 2003) (en banc). Having reviewed the legal principles *de novo*, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#38), dated May 30, 2006, in its entirety. Petitioner Steven Clanton's Petition for Writ of Habeas Corpus (#2) is DENIED, and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED this 29th day of June, 2006.

/s/ Robert E. Jones
ROBERT E. JONES
United States District Judge

2 - ORDER